No. 67495.—D. N. & E. Walter & Co. and Perryman, Mojonier Co. *v.* United States, protest 61/6421 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 67496.—Selectile Co., Inc. *v.* United States, protests 62/1873, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., Frank P. Dow Co., Inc., of L.A., et al.* (49 CCPA 116, C.A.D. 805), the claim of the plaintiff was sustained.